UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE CITY OF MOOREHAVEN, a
Florida municipal corporation,

    Plaintiff,

v.                                          Case No:   2:16-cv-540-FtM-99MRM

ZENON ENVIRONMENTAL
CORPORATION,

    Defendant.
_____/

**<u>ORDER</u>**[1]

      This matter comes before the Court on Plaintiff's Unopposed Motion for Permissive Joinder, to Amend Complaint, and Request for Remand (Doc. #18) filed on November 15, 2016.  Plaintiff, the City of Moorehaven, seeks to amend its Complaint to join Florida Design Contractors, Inc. (Florida Design), a Florida corporation, as a party Defendant.  The addition of Florida Design would destroy diversity jurisdiction.

      Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court "should freely give leave when justice so requires."  In this case, the request for leave to amend was made prior to the deadline to amend pleadings or add parties set forth in the Case Management and Scheduling Order (Doc. #16), and Defendant does not oppose the amendment.  Thus, the request for leave to amend will be granted.  Because Florida Design is a non-

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

diverse Defendant, this matter will be remanded for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(e) ("[i]f after removal the plaintiffs seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court").

Accordingly, it is now

**ORDERED:**

(1) Plaintiff's Unopposed Motion for Permissive Joinder, to Amend Complaint, and Request for Remand (Doc. #18) is **GRANTED**.

(2) The Clerk is directed to docket Plaintiff's First Amended Complaint (Doc. #18-2) and Exhibit A to the Amended Complaint (Doc. #18-3) as a separate entry in the CM/ECF system. The Clerk shall also add the new defendant Florida Design Contractors, Inc. as a party to this action.

(3) Thereafter, The Clerk is directed to **REMAND** the case to the Circuit Court of the Twentieth Judicial Circuit in and for Glades County, Florida, and to transmit a certified copy of this Order to the Clerk of that Court.

(4) The Clerk is further **DIRECTED** to terminate all pending motions and deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of November, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record